```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

        AUG 02 2018
           AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
   BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-189 JCC |
|---|---|
| Plaintiff, | PRAECIPE FOR A SUMMONS |
| v. | |
| BRIAN A. LEHR, | |
| Defendant. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

You will please issue a summons on an Indictment filed herein to:

Brian A. Lehr
c/o Robert Perez, Esq.
1520 140th Ave. NE, Suite 210
Bellevue, WA  98005

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge James P. Donohue, on August 16, 2018, at 9:00 a.m., to answer to an Indictment charging Title 18, United States Code, Section 1343 and 2.

DATED this 2nd day of August, 2018.

*/s/ Andrew Friedman*
ANDREW FRIEDMAN
Assistant United States Attorney

**SECRET: YES:___ NO: XX**