THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN A. LEHR,<br><br>    Defendant. | CASE NO. CR18-0189-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue trial (Dkt. No. 10). Before the Court will take action on this motion, Defendant must file a signed waiver of his speedy trial rights. Such waiver shall be filed no later than September 14, 2018.

DATED this 6th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR18-0189-JCC
PAGE - 1